**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-1248**

---

DARLY-MORGAN D. MAKABIN,

        Plaintiff - Appellant,

    v.

G4S SECURE SOLUTIONS (USA), INCORPORATED, a/k/a G4S Wackenhut,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge and Robert J. Conrad, Jr., Chief District Judge. (3:10-cv-00441-FDW-DCK; 3:10-cv-00463-RJC-DCK)

---

Submitted: September 29, 2011    Decided: October 4, 2011

---

Before KING, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Darly-Morgan D. Makabin, Appellant Pro Se.  Michael Lawrence Wade, Jr., OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darly-Morgan D. Makabin appeals the district court's order dismissing his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Makabin v. G4S Secure Solutions (USA), Inc. (W.D.N.C. Mar. 11, 2011). We deny all Makabin's pending motions and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED